

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00675-CV

**BEXAR APPRAISAL DISTRICT**,
Appellant

v.

**ABASTO PROPERTIES LLC**, et al.,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-12685
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 10, 2025.

_H. Todd McCray_
H. Todd McCray, Justice